**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-8099**

UNITED STATES OF AMERICA,

    Plaintiff - Appellee,

  v.

TONY DEWAYNE MCQUEEN,

    Defendant - Appellant.

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro. James A. Beaty, Jr., Chief District Judge. (1:03-cr-00269-JAB)

Submitted: February 18, 2010   Decided: February 26, 2010

Before WILKINSON, MICHAEL, and KING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Tony Dewayne McQueen, Appellant Pro Se. Angela Hewlett Miller, Assistant United States Attorney, Greensboro, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Tony Dewayne McQueen appeals the district court's order denying his motion for a reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2) (2006). We have reviewed the record and find no abuse of the district court's discretion in denying the motion. See United States v. Goines, 357 F.3d 469, 478 (4th Cir. 2004) (standard). Accordingly, we affirm on the reasoning of the district court. United States v. McQueen, No. 1:03-cr-00269-JAB (M.D.N.C. Nov. 4, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2